```
THIMESCH LAW OFFICES, PLC
TIMOTHY S. THIMESCH, Esq. (No. 148213)
4413 Black Walnut Ct
Concord, CA 94521-4319
Telephone: (925)588-0401
tim@thimeschlaw.com

Attorneys for Plaintiff ED MUEGGE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGGE,<br><br>      Plaintiff,<br><br>v.<br><br>GOOD NITE INN ROHNERT PARK, INC.; GOOD NITE INN MANAGEMENT, INC.; CITY OF ROHNERT PARK; AND DOES 1 THROUGH 35, INCLUSIVE,<br><br>      Defendants.<br>_____/ | CASE NO. 3:18-cf-04604-DMR<br>Civil Rights<br><br>**CORRECTION OF PLAINTIFF COUNSEL'S ADDRESS** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff counsel's address is correctly listed on the summons as follows:

```
THIMESCH LAW OFFICES, PLC
TIMOTHY S. THIMESCH, Esq. (No. 148213)
4413 Black Walnut Ct
Concord, CA 94521-4319
```

The separate address listed on the Complaint is no longer valid.

Dated: September 5, 2018

                                    /s/ Authorized Signed
                                    Attorneys for Plaintiff
                                    ED MUEGGE

**Correction of Address:**
**Case No. 3:18-cv-04604-DMR**