THIMESCH LAW OFFICES, PLC
TIMOTHY S. THIMESCH, Esq. (No. 148213)
4413 Black Walnut Ct
Concord, CA 94521-4319
Telephone: (925)588-0401
tim@thimeschlaw.com

Attorneys for Plaintiff ED MUEGGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGGE,<br><br>    Plaintiff,<br><br>v.<br><br>GOOD NITE INN ROHNERT PARK, INC.; GOOD NITE INN MANAGEMENT, INC.; CITY OF ROHNERT PARK; AND DOES 1 THROUGH 35, INCLUSIVE,<br><br>    Defendants.<br>_____/ | CASE NO. 3:18-cf-04604-DR<br>Civil Rights<br><br>**PLAINTIFF'S NOTICE AND SERVICE OF "IMPORTANT ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS"**<br>**(at attached pages 1 thru 4)**<br><br>**PLAINTIFF'S NOTICE AND SERVICE OF "ADVISORY NOTICE TO DEFENDANT"**<br>**(beginning at attached page 6)**<br><br>**VARIOUS JUDICIAL COUNCIL FORMS APPLICABLE TO CONSTRUCTION-RELATED ACCESSIBILITY CLAIMS**<br>**(on pages**<br><br>**PLAINTIFF'S OBJECTION**<br>**(Immediately Next, Below)** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

    Plaintiff attaches at pages 1 through 16 certain notices and forms referenced in California Civil Code Section 55 et seq. These

---
**Notices to Defendants, Building Owners and Tenants; Plaintiff's Objection**

are entitled:

(1) **IMPORTANT ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS** (Judicial Council Form Dal-001);

(2) **ADVISORY NOTICE TO DEFENDANT** beginning on page 6.

(3) Various blank judicial council forms, including "**Defendants' Application Pursuant to Civil Code 55.54 for Stay and Early Evaluation Conference or Joint Inspection**," etc. (on pages 9 thru 16).

Theses notices and accompany forms, which are applicable to disabled access litigation occurring in state court, are served out of an abundance of caution and without waiver of plaintiff's position that such notices and forms are inapplicable to this action, which is instead governed by the Federal Rules of Civil Procedure, the Court's Standing Order, General Order 56, and other Local Rules, and that rules of preemption therefore apply.

Notwithstanding this objection, plaintiff and his counsel are open to entering a stipulation and proposed order to supplement and revise this court's procedures to manage a just and speedy conclusion.

Dated: September 5, 2018   THIMESCH LAW OFFICES
                           TIMOTHY S. THIMESCH

                           _____
                           Attorneys for Plaintiff
                           ED MUEGGE

---

**Notices to Defendants, Building Owners and Tenants; Plaintiff's Objection**   — 2 —

# STATE LAW REQUIRES THAT YOU GET THIS IMPORTANT ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS

This information is available in English, Spanish, Chinese, Vietnamese, and Korean through the Judicial Council of California. People with visual impairments can get assistance in viewing this form through the judicial branch website, at *www.courts.ca.gov.*

California law requires that you receive this information because the demand letter or court complaint you received with this document claims that your building or property does not comply with one or more existing construction-related accessibility laws or regulations protecting the civil rights of people with disabilities to access public places.

**YOU HAVE IMPORTANT LEGAL OBLIGATIONS.** Compliance with disability access laws is a serious and significant responsibility that applies to all California building owners and tenants with buildings open for business to the public. You may obtain information about your legal obligations and how to comply with disability access laws through the Division of the State Architect, at *www.dgs.ca.gov/dsa.* Information is also available from the California Commission on Disability Access at *www.ccda.ca.guide.htm.*

**YOU HAVE IMPORTANT LEGAL RIGHTS.** The allegations made in the accompanying demand letter or court complaint do not mean that you are required to pay any money unless and until a court finds you liable. Moreover, RECEIPT OF A DEMAND LETTER OR COURT COMPLAINT AND THIS ADVISORY DOES NOT NECESSARILY MEAN YOU WILL BE FOUND LIABLE FOR ANYTHING. You will have the right if you are later sued to fully present an explanation of why you believe you have not in fact violated disability access laws or have corrected the violation or violations giving rise to the claim.

You have the right to seek assistance or advice about this demand letter or court complaint from any person of your choice. If you have insurance, you may also wish to contact your insurance provider. Your best interest may be served by seeking legal advice or representation from an attorney, but you may also represent yourself and file the necessary court papers to protect your interests if you are served with a court complaint. If you have hired an attorney to represent you, you should immediately notify your attorney.

If a court complaint has been served on you, you will get a separate advisory notice with the complaint advising you of special options and procedures available to you under certain conditions.

**ADDITIONAL THINGS YOU SHOULD KNOW:** ATTORNEY MISCONDUCT. Except for limited circumstances, state law generally requires that a prelitigation demand letter from an attorney MAY NOT MAKE A REQUEST OR DEMAND FOR MONEY OR AN OFFER OR AGREEMENT TO ACCEPT MONEY. Moreover, a demand letter from an attorney MUST INCLUDE THE ATTORNEY'S STATE BAR LICENSE NUMBER.

If you believe the attorney who provided you with this notice and prelitigation demand letter is not complying with state law, you may send a copy of the demand letter you received from the attorney to the State Bar of California by facsimile transmission to 1-415-538-2171, or by mail to the State Bar of California, 180 Howard Street, San Francisco, CA 94105, Attention: Professional Competence.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
DAL-001 [Rev. July 1, 2016]

**IMPORTANT ADVISORY INFORMATION
FOR BUILDING OWNERS AND TENANTS**
(Disability Access Litigation)

Civil Code, § 55.3
*www.courts.ca.gov*

Attachment - Page 1

# STATE LAW REQUIRES THAT YOU GET THIS IMPORTANT ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS

REDUCING YOUR DAMAGES. If you are a small business owner and correct all of the construction-related violations that are the basis of the complaint against you within 30 days of being served with the complaint, you may qualify for reduced damages. You may wish to consult an attorney to obtain legal advice. You may also wish to contact the California Commission on Disability Access for additional information about the rights and obligations of business owners.

COMMERCIAL TENANT. If you are a commercial tenant, you may not be responsible for ensuring that some or all portions of the premises you lease for your business, including common areas such as parking lots, are accessible to the public because those areas may be the responsibility of your landlord. You may want to refer to your lease agreement and consult with an attorney or contact your landlord, to determine if your landlord is responsible for maintaining and improving some or all of the areas you lease.

DAL-001 [Rev. July 1, 2016]  **IMPORTANT ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS (Disability Access Litigation)**  Page 2 of 2

Attachment - Page 2

**WARNING: Effective September 19, 2012, this form is no longer sufficient to comply with Civil Code section 55.3(b) because several statements required by the amended statute are not included.**

給業主和租客的重要資訊

本表格在加州法院的網站以英文、西班牙文、中文、越南文和韓文提供。有視覺缺陷的人士可在該網站獲得閱讀本表格的幫助。網址是 www.courtinfo.ca.gov。

現行法律規定您必須收到本資訊,因為根據您同時收到的一項金錢索求或訴狀,您所擁有的房屋和產業未遵守一項或多項現行的建築物無障礙通行法律或規定,這些法律旨在保護殘障人士訪問公共場所的公民權利。

**您負有重大的法律責任。**

遵守保障殘障人無障礙通行法律是一項嚴肅和重大的責任,對加州所有向公眾開放經營的建築物的屋主和租客都適用。關於您的法律責任以及如何遵守無障礙通行法律,您可以向加州總建築師辦公室 (Division of the State Architect) 索取資訊。(見 www.dsa.dgs.ca.gov/access/ud_accessmanual.htm。) 從2009年9月1日開始,您也可以從加州無障礙通行委員會網站取得信息。

**您有重要的合法權益。**

除非法庭判定您有賠償責任,否則您無需支付金錢。而且,**收到本通知並不意味著您一定會被判定有任何責任。**

您可能希望立即諮詢在本領域有經驗的律師,取得有用的法律意見或律師代表,以回應您收到的金錢索求或訴狀。您可以與您所在縣的律師協會聯絡,詢問當地合適的律師人選的情況。如果您有保險,您也可以與您的保險公司聯絡。您有權就如何回應本金錢索求或訴狀向任何人尋求協助或建議,無人可以干涉。尋求律師提供的法律咨詢或法律代表能夠最好地保護您的權益。

依據民事法典第55.54節,如果一項訴狀已經被提交和被送達給您,一名認證無障礙通行專家 (CASp;見 www.dsa.dgs.ca.gov/access/casp.htm) 亦已經檢察了您的物業,您可能有權要求法庭暫時中止程序並召集早期評估會議,以評估該建築物無障礙通行訴狀的正當性。您可以選擇請律師代表您提交答辯及提交暫時中止和早期評估會議申請,雖然這樣做不是必需的。如果您選擇不請律師代表您,您可以在加州法庭網站 www.courtinfo.ca.gov/selfhelp 取得更多資訊,瞭解如何在法庭代表自己以及如何不請律師提交答辯。在該網站,您還可以獲得提交應訴答辯的表格、以及提交暫時中止和早期評估會議申請的表格和資訊。

如果您選擇請律師代表您,向您寄送金錢申索或訴狀的律師則不得進一步聯絡您,除非您的律師同意這位律師這樣做。如果這位律師試圖聯絡您,您應該立即通知您的律師。

Form Approved for Optional Use
Judicial Council of California
DAL-001 [New October 23, 2009]

給業主和租客的重要資訊
(無障礙通行訴訟)

第 1 頁/共 1 頁
Civil Code, § 55.3
www.courtinfo.ca.gov

Attachment - Page 3

**WARNING: Effective September 19, 2012, this form is no longer sufficient to comply with Civil Code section 55.3(b) because several statements required by the amended statute are not included.**

# 건물주 및 입주자에 대한 중요 정보

이 양식은 캘리포니아 주 법원 웹사이트를 통해서 한국어, 영어, 스페인어, 중국어, 베트남어로 제공됩니다. 시각장애인은 이 웹사이트를 통해서 이 양식을 보는 데 도움을 받을 수 있습니다. 이 웹사이트의 주소는 www.courtinfo.ca.gov입니다.

귀하는 귀하의 건물 또는 부동산이 공공장소를 출입하는 장애인의 민권을 보호하기 위한 1건 이상의 장애인 편의시설 관련 현행 법규를 위반했다고 주장하는 배상금 청구 또는 불만 관련 서류를 이 문서와 함께 수령하셨기 때문에 현행법에 따라 아래의 정보를 제공합니다.

## 귀하는 중요한 법적 의무가 있습니다.

일반대중이 이용하는 건물에 대한 장애인 편의시설법(disability access laws)을 준수하는 것은 캘리포니아 주의 모든 건물주와 입주자에게 적용되는 중대한 의무입니다. 이러한 법적 의무와 장애인 편의시설법을 준수하는 방법에 대한 정보는 주 건축국(Division of the State Architect)을 통해서 입수하실 수 있습니다. (www.dsa.dgs.ca.gov/access/ud_accessmanual.htm을 참조하십시오.) 또한 2009년 9월 1일부터는 캘리포니아 주 장애인 편의시설 위원회(California Commission on Disability Access) 웹사이트에서도 이러한 정보를 제공하고 있습니다.

## 귀하는 중요한 법적 권리가 있습니다.

귀하는 법원이 귀하에게 배상 책임이 있다고 판결하기 전에는 배상금을 지불할 필요가 없습니다. 또한, **이 통지문을 받는다고 해서 반드시 귀하에게 배상 책임이 있는 것은 아닙니다.**

귀하가 받은 배상금 청구 또는 불만 관련 서류에 대응하기 위해 이 법률 분야에 대해 경험이 있는 변호사와 신속하게 상담하여 효과적인 법적 조언 또는 대리를 받을 것을 권합니다. 귀하의 거주 지역에서 고용할 수 있는 변호사에 대한 정보는 해당 카운티의 변호사 협회에 연락하여 입수할 수 있습니다. 보험에 가입한 경우에는 보험회사에도 연락할 것을 권합니다. 귀하는 이러한 배상금 청구 또는 불만 관련 서류에 대해 귀하가 선택한 사람으로부터 도움이나 조언을 받을 권리가 있으며, 아무도 귀하에게 다른 조치를 취하라는 지시를 할 수 없습니다. 변호사로부터 법적 조언 또는 대리를 받는 것이 귀하에게 가장 이익이 될 수 있습니다.

귀하에 대해 불만이 제기되었고, 이와 관련된 서류가 송달되었고, 공인 편의시설 평가 전문가(CASp, www.dsa.dgs.ca.gov/access/casp.htm 참조)로부터 검사를 받은 경우에는 민법 제55.54조에 따라 귀하에게 제기된 장애인 편의시설에 대한 청구의 정당성을 평가하기 위해 법원 유예(court stay, 일시 중지) 또는 조기 평가 회의를 신청할 권리가 있을 수 있습니다. 귀하는 청구에 대한 답변을 제출하고 법원 유예 및 조기 평가 회의를 신청하기 위해 변호사의 법적 대리를 받기로 결정할 수 있으나, 반드시 그렇게 할 필요는 없습니다. 법적 대리를 받기 위해 변호사를 고용하지 않기로 결정하는 경우에는 캘리포니아 주 법원 웹사이트(www.courtinfo.ca.gov/selfhelp)에서 자신이 소송에 대해 법적 대리를 하고 답변을 제출하는 방법에 대한 추가 정보를 입수할 수 있습니다. 또한 같은 웹사이트에서 소송에 대한 답변을 제기하는 양식, 그리고 법원 유예 및 조기 평가 회의를 신청하는 양식과 정보를 입수할 수도 있습니다.

귀하를 대리할 변호사를 고용하기로 결정하는 경우에는 귀하에게 배상금 청구 또는 불만 관련 서류를 보낸 변호사가 귀하의 변호사로부터 허락을 받을 때까지 더 이상 귀하에게 연락을 할 수 없습니다. 서류를 보낸 변호사가 귀하에게 연락하려고 시도하는 경우에는 즉시 귀하의 변호사에게 알려주어야 합니다.

1 페이지 중 1 페이지

Form Approved for Optional Use
Judicial Council of California
DAL-001 [New October 23, 2009]

건물주 및 입주자에 대한 중요 정보
(장애인 편의시설 관련 소송)

Civil Code, § 55.3
www.courtinfo.ca.gov

Attachment - Page 4

WARNING: Effective September 19, 2012, this form is no longer sufficient to comply with Civil Code section 55.3(b) because several statements required by the amended statute are not included.

# CHI TIẾT QUAN TRỌNG CHO SỞ HỮU CHỦ TÒA NHÀ VÀ NGƯỜI THUÊ

Mẫu này được cung cấp bằng tiếng Anh, Tây Ban Nha, Hoa, Việt, và Triều Tiên qua Web site của Các Tòa California. Những người bị khuyết thị có thể nhờ giúp để xem mẫu này qua Web site. Web site được đặt tại *www.courtinfo.ca.gov.*

Luật hiện hành đòi hỏi quý vị phải nhận được chi tiết này vì cùng với văn kiện này quý vị nhận được yêu cầu trả tiền hoặc khiếu nại nói rằng tòa nhà hoặc bất động sản của quý vị không tuân hành một hoặc nhiều đạo luật hiện hành về phương tiện ra vô cho người khuyết tật liên quan đến xây cất hoặc các điều lệ bảo vệ dân quyền của những người khuyết tật tới lui những chỗ công cộng.

**Quý Vị Có Các Bổn Phận Pháp Lý Quan Trọng.**

Tuân hành các đạo luật về phương tiện ra vô cho người khuyết tật là một trách nhiệm nghiêm trọng và đáng kể áp dụng cho tất cả sở hữu chủ các tòa nhà tại California và người thuê các tòa nhà mở cửa hoạt động thương nghiệp với công chúng. Quý vị có thể thu thập thêm chi tiết về các bổn phận pháp lý của mình và cách tuân hành các đạo luật về phương tiện ra vô cho người khuyết tật qua Ban Kiến Trúc Sư Tiểu Bang (Division of the State Architect). (Xem *www.dsa.dgs.ca.gov/access/ud_accessmanual.htm*.) Bắt đầu từ ngày 1 Tháng Chín, 2009, các chi tiết này cũng có đăng trên Web site của Ủy Hội California về Phương Tiện Ra Vô Cho Người Khuyết Tật.

**Quý Vị Có Các Quyền Pháp Định Quan Trọng.**

Quý vị không phải trả tiền trừ phi và cho đến khi nào tòa phán quyết quý vị phải chịu trách nhiệm. Hơn nữa, **khi nhận được thư khuyến cáo này không nhất thiết có nghĩa là quý vị sẽ bị phán quyết phải chịu trách nhiệm về bất cứ việc gì.**

Quý vị có thể muốn tham khảo ngay với một luật sư có kinh nghiệm trong lãnh vực luật này để nhờ cố vấn hoặc đại diện pháp lý hữu ích để trả lời yêu cầu trả tiền hoặc khiếu nại quý vị đã nhận được. Quý vị có thể liên lạc với luật sư đoàn tại quận của quý vị để hỏi chi tiết về các luật sư nhận thân chủ trong khu vực của mình. Nếu quý vị có bảo hiểm, quý vị có thể liên lạc với hãng bảo hiểm của mình. Quý vị có quyền nhờ bất cứ người nào quý vị chọn để trợ giúp hoặc cố vấn về yêu cầu trả tiền hoặc khiếu nại, và không ai được chỉ thị quý vị phải làm gì khác. Để bảo vệ quyền lợi tối thượng của quý vị thì quý vị có thể nhờ luật sư cố vấn hoặc đại diện pháp lý.

Nếu có người đã nộp khiếu nại và tống đạt cho quý vị và bất động sản của quý vị đã được một Chuyên Viên Được Chứng Nhận về Phương Tiện Ra Vô Cho Người Khuyết Tật xem xét (CASp; xem *www.dsa.dgs.ca.gov/access/casp.htm*), quý vị có thể có quyền xin hoãn phiên tòa (ngưng tạm thời) và mở buổi họp đánh giá sớm để đánh giá về giá trị của đơn kiện quý vị về phương tiện ra vô cho người khuyết tật liên quan đến xây cất theo Bộ Luật Dân Sự đoạn 55.54. Tùy ý quý vị, nhưng không cần thiết, quý vị có thể nhờ luật sư nộp bản trả lời và nộp đơn xin hoãn phiên tòa và mở buổi họp đánh giá sớm. Nếu quý vị quyết định không thuê luật sư đại diện cho mình, quý vị có thể thu thập thêm chi tiết về việc tự đại diện cho mình và cách nộp bản trả lời mà không cần thuê luật sư qua Web site của Các Tòa California tại *www.courtinfo.ca.gov/selfhelp*. Quý vị cũng có thể lấy một mẫu đơn để nộp bản trả lời cho vụ kiện, cũng như mẫu đơn và chi tiết nộp đơn xin hoãn phiên tòa và mở buổi họp đánh giá sớm, cũng tại Web site đó.

Nếu quý vị quyết định thuê luật sư để đại diện cho mình, luật sư gửi thư yêu cầu trả tiền hoặc khiếu nại sẽ bị cấm liên lạc thêm với quý vị trừ phi luật sư của quý vị đã cho phép luật sư kia liên lạc với quý vị. Nếu luật sư kia tìm cách liên lạc với quý vị, quý vị nên thông báo ngay cho luật sư của mình.

Trang 1 trên 1

Form Approved for Optional Use
Judicial Council of California
DAL-001 [New October 23, 2009]

**CHI TIẾT QUAN TRỌNG CHO SỞ HỮU CHỦ TÒA NHÀ VÀ NGƯỜI THUÊ**
(Tố Tụng về Phương Tiện Ra Vô Cho Người Khuyết Tật)

Civil Code, § 55.3
*www.courtinfo.ca.gov*

Attachment - Page 5

# ADVISORY NOTICE TO DEFENDANT

YOU MAY BE ENTITLED TO ASK FOR A COURT STAY (AN ORDER TEMPORARILY STOPPING ANY LAWSUIT) AND EARLY EVALUATION CONFERENCE IN THIS LAWSUIT AND MAY BE ASSESSED REDUCED STATUTORY DAMAGES IF YOU MEET CERTAIN CONDITIONS.

If the construction-related accessibility claim pertains to a site that has a Certified Access Specialist (CASp) inspection report for that site, or to a site where new construction or improvement was approved after January 1, 2008, by the local building permit and inspection process, you may make an immediate request for a court stay and early evaluation conference in the construction-related accessibility claim by filing the attached application form with the court. You may be entitled to the court stay and early evaluation conference regarding the accessibility claim only if ALL of the statements in the application form applicable to you are true.

FURTHER, if you are a defendant described above (with a CASp inspection report or with new construction after January 1, 2008), and, to the best of your knowledge, there have been no modifications or alterations completed or commenced since the CASp report or building department approval of the new construction or improvement that impacted compliance with construction-related accessibility standards with respect to the plaintiff's claim, your liability for minimum statutory damages may be reduced to $1,000 for each offense, unless the violation was intentional, and if all construction-related accessibility violations giving rise to the claim are corrected within 60 days of being served with this complaint.

ALSO, if your business has been served with a complaint filed by a high-frequency litigant, as defined in subdivision (b) of Section 425.55 of the Code of Civil Procedure, asserting a construction-related accessibility claim, including, but not limited to, a claim brought under Section 51, 54, 54.1, or 55 of the Civil Code, you may also be entitled to a court stay and an early evaluation conference. If you choose to request a stay and early evaluation conference, you may also request to meet in person with the plaintiff and counsel for both parties, as well as experts if the parties so elect, at the subject premises no later than 30 days after issuance of the court order to jointly inspect the portions of the subject premises and review any conditions that are claimed to constitute a violation of a construction-related accessibility standard.

IN ADDITION, if your business is a small business that, over the previous three years,

or the existence of the business if less than three years, employs 25 or fewer employees on average over that time period and meets specified gross receipts criteria, you may also be entitled to the court stay and early evaluation conference and your minimum statutory damages for each claim may be reduced to $2,000 for each offense, unless the violation was intentional, and if all the alleged construction-related accessibility violations are corrected within 30 days of being served with the complaint.

If you plan to correct the violations giving rise to the claim, you should take pictures and measurements or similar action to document the condition of the physical barrier asserted to be the basis for a violation before undertaking any corrective action in case a court needs to see the condition of a barrier before it was corrected.

The court will schedule the conference to be held within 70 days after you file the attached application form.

[If you are not a defendant with a CASp inspection report, until a form is adopted by the Judicial Council, you may use the attached form if you modify the form and supplement it with your declaration stating any one of the following:

(1) Until January 1, 2018, that the site's new construction or improvement on or after January 1, 2008, and before January 1, 2016, was approved pursuant to the local building permit and inspection process; that, to the best of your knowledge, there have been no modifications or alterations completed or commenced since the building department approval that impacted compliance with construction-related accessibility standards with respect to the plaintiff's claim; and that all violations giving rise to the claim have been corrected, or will be corrected within 60 days of the complaint being served.

(2) That the site's new construction or improvement passed inspection by a local building department inspector who is a certified access specialist; that, to the best of your knowledge, there have been no modifications or alterations completed or commenced since that inspection approval that impacted compliance with construction-related accessibility standards with respect to the plaintiff's claim; and that all violations giving rise to the claim have been corrected, or will be corrected within 60 days of the complaint being served.

(3) That your business is a small business with 25 or fewer employees and meets the gross receipts criteria set out in Section 55.56 of the Civil Code, and that all violations giving rise to the claim have been corrected, or will be corrected within 30 days of being served with the complaint.]

The court will also issue an immediate stay of the proceedings unless the plaintiff has obtained a temporary restraining order in the construction-related accessibility claim. You may obtain a copy of the application form, filing instructions, and additional information about the stay and early evaluation conference through the Judicial Council Internet Web site at www.courts.ca.gov/selfhelp-start.htm.

You may file the application after you are served with a summons and complaint, but no later than your first court pleading or appearance in this case, which is due within 30 days after you receive the summons and complaint. If you do not file the application, you will still need to file your reply to the lawsuit within 30 days after you receive the summons and complaint to contest it. You may obtain more information about how to represent yourself and how to file a reply without hiring an attorney at www.courts.ca.gov/selfhelp-start.htm.

You may file the application without the assistance of an attorney, but it may be in your best interest to immediately seek the assistance of an attorney experienced in disability access laws when you receive a summons and complaint. You may make an offer to settle the case, and it may be in your interest to put that offer in writing so that it may be considered under Section 55.55 of the Civil Code.

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO.: <br> NAME: <br> FIRM NAME: <br> STREET ADDRESS: <br> CITY:    STATE:    ZIP CODE: <br> TELEPHONE NO.:    FAX NO.: <br> E-MAIL ADDRESS: <br> ATTORNEY FOR (name): | | *FOR COURT USE ONLY* |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** <br>    STREET ADDRESS: <br>    MAILING ADDRESS: <br>    CITY AND ZIP CODE: <br>      BRANCH NAME: | | |
|     PLAINTIFF: <br><br>     DEFENDANT: | | |
| **DEFENDANT'S APPLICATION PURSUANT TO CIVIL CODE SECTION 55.54 FOR ☐ STAY AND EARLY EVALUATION CONFERENCE ☐ JOINT INSPECTION** | | CASE NUMBER: |

**DAL-005**

*(Information about this application and filing instructions may be obtained at www.courts.ca.gov/selfhelp.htm.)*

1. Defendant *(name):* _____ requests a stay of proceedings and early evaluation conference pursuant to Civil Code section 55.54.

2. The complaint in this case alleges a construction-related accessibility claim as defined under Civil Code section 55.52(a)(1).

3. The claim concerns a site that meets one of the following sets of requirements *(All items in one of a, b, c, or d must be checked for the court to order a stay and early evaluation conference. Check a box if the statement is true.)*

   a. ☐ **CASp-Inspected Site**
      (1) ☐ Site has been inspected by a Certified Access Specialist (CASp) and determined to be CASp inspected or CASp determination pending, and if CASp inspected, there have been no modifications completed or commenced since the date of inspection that may impact compliance with construction-related accessibility standards to the best of defendant's knowledge; and
      (2) ☐ An inspection report by a Certified Access Specialist (CASp) relating to the site has been issued.

   b. ☐ **New Construction**
      (1) ☐ Site has had new construction or improvements on or after January 1, 2008, approved pursuant to the local building permit and inspection process;
      (2) ☐ To the best of defendant's knowledge, there have been no modifications or alterations completed or commenced since that approval that impacted compliance with construction-related accessibility standards with respect to the plaintiff's claim; and
      (3) ☐ All violations have been corrected, or will be corrected within **60** days of defendant's being served with the complaint.

   c. ☐ **Small Business**
      (1) ☐ Site is owned or occupied by a defendant that is a small business that has employed an average of 25 or fewer employees over the past three years and meets the gross receipts eligibility criteria provided in Civil Code section 55.56(2)(f);
      (2) ☐ All violations have been corrected, or will be corrected within **30** days of being served with the complaint; and
      (3) ☐ Evidence showing that all violations have been corrected *(check one)* ☐ is attached ☐ will be filed with the court within **10** days of the court order setting an early evaluation conference.
      (4) I am filing the following with the court along with this application: *(The documents should be filed separately attached to a Confidential Cover Sheet and Declaration (form DAL-006).)*
         ☐ Proof of the number of defendant's employees as shown by wage reports forms filed with the Employment Development Department over the past three years or for existence of the business if less than three years; and
         ☐ Proof of defendant's average gross receipts as shown by federal or state tax documents for the three years before this application or for existence of the business if less than three years.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> DAL-005 [Rev. July 1, 2016] | **DEFENDANT'S APPLICATION FOR STAY OF PROCEEDINGS AND EARLY EVALUATION CONFERENCE, JOINT INSPECTION** <br> (Disability Access Litigation) | Civil Code, § 55.54 <br> *www.courts.ca.gov* |

Attachment - Page 9

|  |  |
|---|---|
| PLAINTIFF:<br>DEFENDANT: | CASE NUMBER: |

DAL-005

3. d. ☐ **Case Filed by High-Frequency Litigant**
   (1) ☐ Site is owned or occupied by a defendant that is a business.
   (2) ☐ The complaint was filed by, or on behalf of, a "high-frequency litigant," as defined in Code of Civil Procedure section 425.55(b), asserting a construction-related accessibility claim including, but not limited to, a claim brought under Civil Code section 51, 54, 54.1, or 55.
   (3) ☐ The complaint includes a statement that it was filed by or on behalf of a high-frequency litigant, or a statement in the caption that "action subject to the supplemental fee in Government Code section 70616.5."

4. Defendant requests that the court:
   a. Stay the proceedings relating to the construction-related accessibility claim.
   b. Schedule an early evaluation conference.
   c. Order defendant to:
      (1) File a confidential copy of the Certified Access Specialist (CASp) report with the court and serve a copy of the report on the plaintiff at least **15** days before the date of the early evaluation conference, which shall be kept confidential as set forth in Civil Code section 55.54(d)(4); or
      (2) File with the court and serve on plaintiff evidence showing correction of all violations within **10** days of completion of the correction or, if seeking relief as a small business, within **10** days after issuance of a court order granting a stay.
   d. Order plaintiff to file with the court and serve on defendants the statement required by Civil Code section 55.54(d)(6) at least **15** days before the date of the early evaluation conference.
   e. ☐ Order plaintiff and plaintiff's counsel, if any, to meet in person with defendant within 30 days, at the site that is the subject of this action, for a joint inspection to review any issues that plaintiff claims are a violation of construction-related accessibility standards.

Date:

_____     ▶ _____
(TYPE OR PRINT NAME OF DECLARANT)                              (SIGNATURE OF DECLARANT)

## DECLARATION OF DEFENDANT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____     ▶ _____
(TYPE OR PRINT NAME OF DECLARANT)                              (SIGNATURE OF DECLARANT)

DAL-005 [Rev. July 1, 2016]     **DEFENDANT'S APPLICATION FOR STAY OF PROCEEDINGS AND EARLY EVALUATION CONFERENCE, JOINT INSPECTION** (Disability Access Litigation)     Page 2 of 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number of attorney, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:        FAX NO.: | |
| E-MAIL ADDRESS: | |
| ATTORNEY FOR (Name): | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |
| CONFIDENTIAL COVER SHEET AND DECLARATION RE DOCUMENTS FOR STAY AND EARLY EVALUATION CONFERENCE | CASE NUMBER: |

This Confidential Cover Sheet and Declaration should be affixed to the first page of any of the documents listed below. It may not be used with other documents.

> INSTRUCTIONS TO CLERK: Certain supporting documents to be filed along with or following an Application for Stay of Proceedings and Early Evaluation Conference are to be kept confidential, as provided by Civil Code sections 55.54(c)(6) and (d)(4)(A) and (5). Such document are not to be made part of the public record except to the extent provided in Civil Code section 55.54(e)(4).

Attached hereto is a true and correct copy of one or more of the following documents (check all that apply):

1. ☐ Report issued by a Certified Access Specialist on a site that is the subject of this litigation. (This document may become publicly accessible at some point, under Civil Code section 55.54(e)(4).)
2. ☐ Wage report forms filed by defendant with the Employment Development Department.
3. ☐ State or federal income tax returns filed by defendant.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____        ▶ _____
(TYPE OR PRINT NAME OF DECLARANT)                  (SIGNATURE OF DECLARANT)

Form Adopted for Mandatory Use
Judicial Council of California
DAL-006 [Rev. July 1, 2013]

CONFIDENTIAL COVER SHEET AND DECLARATION RE DOCUMENTS
FOR STAY AND EARLY EVALUATION CONFERENCE
(Disability Access Litigation)

Page 1 of 1
Civil Code, § 55.54
www.courts.ca.gov

Attachment - Page 11

| ATTORNEY (Name, State Bar number, and address): | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|
| NAME: | | |
| FIRM NAME: | | |
| STREET ADDRESS: | | |
| CITY: | STATE: ZIP CODE: | |
| TELEPHONE NO.: | FAX NO.: | |
| E-MAIL ADDRESS: | | |
| ATTORNEY FOR (name): | | |

DAL-010

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF:
DEFENDANT:

| NOTICE OF ☐ STAY OF PROCEEDINGS AND EARLY EVALUATION CONFERENCE ☐ JOINT INSPECTION (Disability Access Litigation) | CASE NUMBER: |
|---|---|

## Stay of Proceedings

For a period of 90 days from the date of the filing of this court notice, unless otherwise ordered by the court, the parties are stayed from taking any further action relating to the construction-related accessibility claim or claims in this case.

This stay does not apply to any construction-related accessibility claim in which the plaintiff has obtained temporary injunctive relief which is still in place.

1. This action includes a construction-related accessibility claim under Civil Code section 55.52(a)(1) or other provision of law.

## Notice of Early Evaluation Conference

2. A defendant has requested an early evaluation conference and a stay of proceedings under Civil Code section 55.54.

3. The early evaluation conference is scheduled as follows:

   a. Date:          Time:          Dept.:          Room:

   b. The conference will be held at ☐ the court address shown above ☐ the following address:

4. The plaintiff and defendant must attend with any other person needed for settlement of the case unless, with court approval, a party's disability requires the party's participation by a telephone appearance or other alternate means or through the personal appearance of an authorized representative.

5. The defendant who requested the conference and stay of proceedings must serve on all parties and file with the court the following:
   a. (For a defendant applying under CASp-Inspected Site section) A copy of the CASp report for the site that is the subject of the construction-related accessibility claim. Defendant must serve and file the report at least 15 days before the date set for the early evaluation conference. The CASp report is confidential and only available as set forth below and in Civil Code section 55.54(d)(4).
   b. (For a defendant applying under New Construction section) Evidence showing the correction of all violations giving rise to the construction-related accessibility claim within 60 days of the service of the complaint. Defendant must serve and file the evidence within 10 days following completion of the corrections.
   c. (For a defendant applying under Small Business section) Evidence, if not previously served and filed, showing the correction within 30 days of the service of the complaint of all violations giving rise to the construction-related accessibility claims. Defendant must serve and file the evidence within 10 days of issuance of this order.

6. The CASp report must be marked "CONFIDENTIAL" and may be disclosed only to the court, the parties to the action, the parties' attorneys, those individuals employed or retained by the attorneys to assist in the litigation, and insurance representatives or others involved in the evaluation and settlement of the case. (File the court's copy attached to Confidential Cover Sheet and Declaration (form DAL-006).)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
DAL-010 [Rev. July 1, 2016]

**NOTICE OF STAY OF PROCEEDINGS AND EARLY EVALUATION CONFERENCE, JOINT INSPECTION**
(Disability Access Litigation)

Civil Code, § 55.54
www.courts.ca.gov

Attachment - Page 12

| PLAINTIFF: | CASE NUMBER: |
|---|---|
| DEFENDANT: | |

DAL-010

7. The plaintiff must at least 15 days before the date set for the early evaluation conference serve and file a statement of, to the extent known, all of the following:
    a. An itemized list of specific issues on the subject premises that are the basis of the claimed construction-related accessibility violations in the plaintiff's complaint;
    b. The amount of damages claimed;
    c. The amount of attorney's fees and costs incurred to date, if any, that are being claimed; and
    d. Any demand for settlement of the case in its entirety.

### Notice of Joint Inspection
(only applies if boxes are checked)

8. ☐ A defendant has requested a meeting with plaintiff to jointly inspect the site that is the subject of the construction-related accessibility claim.

9. ☐ Plaintiff and plaintiff's counsel, if any, must, within 30 days of the date this notice is issued, meet in person with defendant at the site to jointly inspect the premises and review any programmatic or policy issues that are claimed to constitute a violation of a construction-related accessibility standard. (See Civ. Code, § 55.54(d)(6).)

10. If plaintiff is unable to meet in person at the site, he or she may move the court or apply for leave to be excused or to appear telephonically or by other means. (See Civ. Code, § 55.54(d)(6).)

### Service of Notice

11. A copy of this notice and defendant's application must be served on the plaintiff by hand-delivering it or mailing it to the address listed on the complaint of plaintiff's attorney or plaintiff, if without an attorney, within 10 days of date that the court issues the Notice of Stay of Proceedings and Early Evaluation Conference, Joint Inspection. Defendant must file proof of service with the court at least 15 days before the date of the conference. Proof of Service Disability Access Litigation (form DAL-012) may be used to show service of the documents.

Date: _____    Clerk, by _____, Deputy

More information about this Notice and Order and the defendant's application, and instructions to assist plaintiff and defendants in complying with this Notice and Order, may be obtained at www.courts.ca.gov/selfhelp.

### Request for Accommodation
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the date on which you are to appear. Contact the clerk's office or go to www.courts.ca.gov/forms for Request for Accommodations by Persons with Disabilities and Response (form MC-410). (Civ. Code, § 54.8.)

DAL-010 [Rev. July 1, 2016]    **NOTICE OF STAY OF PROCEEDINGS AND EARLY EVALUATION CONFERENCE, JOINT INSPECTION**    Page 2 of 2
(Disability Access Litigation)

Attachment - Page 13

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | | | DAL-015 |
|---|---|---|---|
| NAME: | | | |
| FIRM NAME: | | | |
| STREET ADDRESS: | | | |
| CITY: | STATE: | ZIP CODE: | |
| TELEPHONE NO.: | FAX NO.: | | |
| E-MAIL ADDRESS: | | | |
| ATTORNEY FOR (Name): | | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: |
| BRANCH NAME: |

Plaintiff:

Defendant:

| Application for Mandatory Evaluation Conference Under Civil Code section 55.545 | CASE NUMBER: |
|---|---|

(Information about this application and the filing instructions may be obtained at www.courts.ca.gov/selfhelp)

1. ☐ Plaintiff ☐ Defendant (name): _____ requests a Mandatory Evaluation Conference under Civil Code section 55.545.

2. The complaint in this case alleges a construction-related accessibility claim.

3. The applicant is ineligible for, or is choosing not to seek, a stay under Civil Code section 55.54. (To seek such a stay, defendant must use form DAL-005.)

4. The applicant is requesting the court to:

    a. Schedule a Mandatory Evaluation Conference under Civil Code section 55.545(c);

    b. Order plaintiff to file with the court and serve on defendants the statement required by Civil Code section 55.545(c)(2) at least 30 days before the date of the Mandatory Evaluation Conference; and

    c. Order defendant to file with the court and serve on plaintiff the statement required by Civil Code section 55.545(c)(3) at least 30 days before the date of the Mandatory Evaluation Conference.

Date:

_____   ▶ _____
(TYPE OR PRINT NAME)                  (SIGNATURE OF ATTORNEY OR PARTY WITHOUT ATTORNEY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
DAL-015 [Rev. January 1, 2015]

APPLICATION FOR MANDATORY EVALUATION CONFERENCE
(Disability Access Litigation)

Civil Code, § 55.545
www.courts.ca.gov

Attachment - Page 14

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | | FOR COURT USE ONLY |
|---|---|---|---|
| NAME: | | | |
| FIRM NAME: | | | |
| STREET ADDRESS: | | | |
| CITY: | STATE: | ZIP CODE: | |
| TELEPHONE NO.: | FAX NO.: | | |
| E-MAIL ADDRESS: | | | |
| ATTORNEY FOR (name): | | | |

DAL-002

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF:
DEFENDANT:

ANSWER   DISABILITY ACCESS

CASE NUMBER:

This form may be filed with the court and served on the plaintiff as an answer to the complaint, or it may be used as an informal response to a demand letter or for settlement discussion purposes.

1. Defendant(s) (Each defendant for whom this answer is filed must be named and must sign this answer unless his or her attorney signs):

   answers the complaint as follows:

2. Check ONLY ONE of the next three boxes, a, b, or c:
   a. ☐ Defendant generally denies each statement of the complaint.
   b. ☐ Defendant denies that plaintiff has demonstrated that he or she was denied full and equal access to the place of public accommodation on a particular occasion. (See Civ. Code, § 55.56.)
   c. ☐ Defendant admits that all of the statements of the complaint are true EXCEPT:

      (1) Defendant claims the following statements of the complaint are false. (State paragraph numbers from the complaint or explain below.) ☐ Explanation is on Attachment 2c(1). (You may use form MC-025 for this purpose.)

      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them. (State paragraph numbers from the complaint or explain below.)
          ☐ Explanation is on Attachment 2c(2). (You may use form MC-025 for this purpose.)

3. AFFIRMATIVE DEFENSES (NOTE: For each box checked below, you must state brief facts to support it in item 4.)
   a. ☐ Defendant is not liable because the facility is not open to the public.
   b. ☐ Defendant is not liable because defendant's landlord is responsible for ensuring that some or all of the property leased by the defendant, including the areas at issue in the complaint, are accessible to the public. (Give the name and contact information of defendant's landlord in item 4.)
   c. ☐ Other affirmative defenses. (Specify and state facts in support in item 4.)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
DAL-002 [New July 1, 2016]

ANSWER   DISABILITY ACCESS

Civil Code, § 55.56
www.courts.ca.gov

Attachment - Page 15

4. FACTS SUPPORTING AFFIRMATIVE DEFENSES (NOTE: For each box checked in item 3, you must state brief facts to support the defense. Include letters a, b, c, and d from item 3 to make clear which affirmative defense(s) you are supporting.)

☐ Supporting facts are on Attachment 4. (You may use form MC-025 for this purpose.)

5. ☐ A request for an early evaluation conference and to meet in person with plaintiff at the subject premises has been filed or is being filed concurrently with this answer, on Defendant's Application for Stay of Proceedings and Early Evaluation Conference, Joint Inspection (form DAL-005).

6. ☐ Defendant qualifies for reduced damages. (See Civ. Code, § 55.56(f)(1) or (2).)

7. Number of pages attached: _____

(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)

_____        ▶ _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF DEFENDANT OR ATTORNEY)

_____        ▶ _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF DEFENDANT OR ATTORNEY)

**VERIFICATION**
(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date:

_____        ▶ _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF DEFENDANT)