THIMESCH LAW OFFICES, PLC
TIMOTHY S. THIMESCH, Esq. (No. 148213)
4413 Black Walnut Ct
Concord, CA 94521-4319
Telephone: (925)588-0401
tim@thimeschlaw.com

Attorneys for Plaintiff ED MUEGGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED MUEGGE,<br><br>         Plaintiff,<br><br>v.<br><br>GOOD NITE INN ROHNERT PARK, INC.; GOOD NITE INN MANAGEMENT, INC.; CITY OF ROHNERT PARK; AND DOES 1 THROUGH 35, INCLUSIVE,<br><br>         Defendants.<br>_____/ | CASE NO. 3:18-cf-04604-DR<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR PRESERVATION OF EVIDENCE AND OPPORTUNITY TO CONDUCT AN EARLY AND INFORMAL SITE INSPECTION** |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

While plaintiff will appreciate defendants' unilateral efforts to remediate his complaints, he nevertheless requests that before this occurs he be granted the opportunity for an early and informal inspection of the premises and to preserve evidence of its present condition.  Until such an inspection occurs, Plaintiff further requests that Defendants and Counsel honor their duty to preserve the property in its present condition and avoid spoliation of evidence.  (See Leon v. IDX Systems Corp. (9th Cir. 2006) 464 F3d 951, 958; Residential Funding Corp. v. DeGeorge Fin'l Corp. (2nd Cir. 2002) 306 F3d

1  99, 107 (re sanctions available against spoliation); <u>Bayoil,
2  S.A. v. Polembros Shipping Ltd</u>. (SD TX 2000) 196 FRD 479,
3  482.)

5  Dated: September 5, 2018              THIMESCH LAW OFFICES, PLC
                                          TIMOTHY S. THIMESCH

                                          /s/ Tim Thimesch
                                          _____
                                          Attorneys for Plaintiff
                                          ED MUEGGE