1  TIMOTHY S. THIMESCH, Esq. (No. 148213)
   THIMESCH LAW OFFICES, PLC
2  4413 Black Walnut Ct.
   Concord, CA 94521-4319
3  Tel: 925/588-0401
   Fax: 888/210-8868
4  tim@thimeschlaw.com

5  Attorneys for Plaintiff ED MUEGGE

6  LAW OFFICES OF KENNETH E. CHYTEN          THE KARLIN LAW FIRM LLP
   KENNETH E. CHYTEN (SBN 88098)             L. Scott Karlin (SBN 90605)
7  300 East Esplanade Drive, Suite 900       David E. Karlin (SBN 275905)
   Oxnard, California 93036                  Michael J. Karlin (SBN 272442)
8  Tel: (805) 981-3910; Fax: (805) 981-3913  13522 Newport Avenue, Suite 201
   email: Chyten@ChytenLaw.com               Tustin, California 92780
9                                            Tel: (714) 731-3283; Fax: (714) 731-5741
                                             emails: lsk@karlinlaw.com;
10                                           david@karlinlaw.com; mike@karlinlaw.com

11 Attorneys for Defendants GOOD NITE INN ROHNERT PARK, INC. and
   GOOD NITE INN MANAGEMENT, INC.
12
   EUGENE B. ELLIOT, State Bar No. 111475
13 PATRICK A. TUCK, State Bar No. 305718
   BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
14 The Waterfront Building
   2749 Hyde Street
15 San Francisco, California 94109
   Telephone: (415) 353-0999
16 Facsimile: (415) 353-0990
   Email: eelliot@bfesf.com
17 ptuck@bfesf.com

18 Attorneys for Defendant CITY OF ROHNERT PARK

19             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
20

21 ED MUEGGE,                               CASE NO. 3:18-cv-04604-JST

22         Plaintiff,                       **STIPULATION AND [Proposed] ORDER TO CONTINUE DEADLINE FOR MEDIATION**

23 v.

24 GOOD NITE INN ROHNERT PARK,              [ADR Rules, Rule 6-7]
   INC.; GOOD NITE INN
25 MANAGEMENT, INC.; CITY OF                **Conference:**
   ROHNERT PARK; and DOES 1 through 35,     Not Yet Scheduled
26 Inclusive.                               Location: TBD

27         Defendants.                  /

28    TO THE COURT:

Thimesch Law Offices
4413 Black Walnut Ct.
Concord, CA 94521
(925) 588-0401

**Stipulation and Order to Continue Mediation Deadline:**
**Case No. 3:18-cv-04604-JST**

The parties hereby request to extend the current deadline of March 29, 2019 for completing mediation by approximately another 90 days. There has been one prior extension granted by this Court due to the passing of the plaintiff, EDWARD MUEGGE. See, ECF-32.

Presently, the parties have not yet requested that the mediator rescheduled a new mediation because prospective-substitute-plaintiff AURA LEIGH WISE has not yet been substituted into the case. She has a pending motion seeking this substitution. Also, there is another motion filed by plaintiff Ross Long in <u>Long v. Good Nite Inn, Rohnert Park</u>, Case No. 18-cv-00079-LB, seeking to relate his action into the present.

WHEREFORE, the parties pray for an order extending the deadline for holding mediation by 90 days.

SO STIPULATED.

Dated: March 28, 2019          THIMESCH LAW OFFICE, PLC
                               TIMOTHY S. THIMESCH

                               <u>/s/                              </u>
                               Attorneys for Plaintiff
                               ED MUEGGE

Dated: _____             LAW OFFICES OF KENNETH E. CHYTEN
                               KENNETH E. CHYTEN

                               THE KARLIN LAW FIRM LLP
                               L. SCOTT KARLIN

                               <u>/s/     Authorized Signed        </u>
                               Attorneys for Defendants
                               GOOD NITE INN ROHNERT PARK, INC.; and
                               GOOD NITE INN MANAGEMENT, INC.

Dated: _____             BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
                               PATRICK TUCK

                               <u>/s/     Authorized Signed        </u>
                               Attorneys for Defendant
                               CITY OF ROHNERT PARK

Thimesch Law Offices
4413 Black Walnut Ct.
Concord, CA 94521
(925) 588-0401

**ORDER**

SO ORDERED. The mediation deadline is reset to June 28, 2019.

Dated: April 1, 2019

HON. JON S. TIGAR
U.S. District Court Judge